# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KIP FISHER, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **8:16CV516** |
| | ) | |
| GLS COMPANIES, INC., DOUG | ) | |
| HAMMERSENG, and NANCY | ) | **ORDER** |
| KUNKEL, | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter comes before the Court on the Joint Stipulation to Indefinitely Suspend Litigation (Filing No. 16).   The parties agreed to postpone progression of the case for the purposes of engaging in settlement discussions.   For good cause shown, the Court finds the stipulation should be approved.   Accordingly,

**IT IS ORDERED:**

1. The Joint Stipulation to Indefinitely Suspend Litigation (Filing No. 16) is approved;

2. The deadlines in the above-captioned case shall remain stayed during the pendency of the parties' settlement discussions;

3. Any party may declare the settlement discussions have reached an impasse by informing the other parties, in writing, of such impasse, at which time Defendants will have 10-business days (commencing the day after notice of impasse is received), to answer or otherwise respond to the Complaint; and

4. In the event a settlement or impasse in settlement discussions are not reached within 90-days, counsel for the parties shall file a joint status report on **May 16, 2017**, concerning the status of this case.

DATED:   February 15, 2017.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge