# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KIP FISHER,<br><br>                Plaintiff,<br><br>vs.<br><br>GLS COMPANIES, INC., DOUG HAMMERSENG, and NANCY KUNKEL,<br><br>                Defendants. | 8:16CV516<br><br>ORDER |

This matter is before the Court on the parties' Joint Stipulation to Dismiss Doug Hammerseng and Nancy Kunkel with Prejudice, ECF No. 25. After reviewing the filing, the Court concludes that Defendants Doug Hammerseng and Nancy Kunkel should be dismissed as defendants in this action, with prejudice. Accordingly,

IT IS ORDERED:

1. The Joint Stipulation to Dismiss Doug Hammerseng and Nancy Kunkel with Prejudice, ECF No. 25, is granted; and

2. All claims are dismissed with prejudice as to Defendants Doug Hammerseng and Nancy Kunkel; and

3. The Court will not assess costs or attorney's fees as to Defendants Doug Hammerseng and Nancy Kunkel.

Dated this 17th day of August, 2017.

                                        BY THE COURT:

                                        s/Laurie Smith Camp<br>
                                        Chief United States District Judge