# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KIP FISHER,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>GLS COMPANIES, INC., DOUG HAMMERSENG, and NANCY KUNKEL,<br><br>　　　　　　　Defendants. | 8:16CV516<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice, ECF No. 28. The Stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action will be dismissed, with prejudice, and the Court will not assess costs or attorney's fees. Accordingly,

IT IS ORDERED:

1. The Joint Stipulation for Dismissal with Prejudice, ECF No. 28, is approved;

2. The above-captioned action is dismissed, with prejudice;

3. Any pending motions are terminated; and

4. The Court will not assess costs or attorney's fees.

Dated this 19th day of September, 2017.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　　　Chief United States District Judge